**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| DANA BOWMAN, | § | |
| | § | |
| Plaintiff, | § | Civil Action No.: 5-18-cv-00387-M |
| | § | |
| v. | § | |
| | § | |
| CONTINENTAL 279 FUND, LLC, CONTINENTAL PROPERTIES COMPANY, INC., McSHANE CONSTRUCTION COMPANY, LLC, and CONTINENTAL 292 FUND, LLC | § § § § § | |
| | § | |
| Defendants. | § | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

By agreement of all parties, Plaintiff Dana Bowman, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby files this Stipulation of Dismissal of this action with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: May 1, 2019.

Respectfully Submitted,

CALHOUN & ASSOCIATES

*/s/ Eric G. Calhoun*

Eric G. Calhoun
Texas Bar No. 03638800
1595 N. Central Expressway
Richardson, Texas 75080
(214) 766-8100
(214) 308-1947 Fax
eric@ecalhounlaw.com
egcla@ecalhounlaw.com (Assistant)

Brian M. Dell
BRIAN M. DELL, P.C.
501 NW 13th Street
Oklahoma City, Oklahoma 73102-2203
Telephone: (405) 235-1115
Facsimile: (888) 607-8011
bdell@briandell.com

ATTORNEYS FOR PLAINTIFF

PHILLIPS MURRAH P.C.

*/s/ A. Michelle Campney*____________________

A. Michelle Campney
Oklahoma Bar No. 12990
Corporate Tower, 13th Floor
101 North Robinson
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133

J. Colin Knisely
Brett M. Feldman
DUANE MORRIS LLP
30 S. 17th Street, Fifth Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 979-1000
Facsimile: (215) 689-1020
cknisely@duanemorris.com
bmfeldman@duanemorris.com

ATTORNEYS FOR DEFENDANTS CONTINENTAL 279 FUND, LLC, CONTINENTAL 292 FUND, LLC AND CONTINENTAL PROPERTIES COMPANY, INC.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Lori Fixley Winland*
Randolph E. Ruff (Admitted *Pro Hac Vice*)
Eric A. Berg (Admitted *Pro Hac Vice*)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
155 N. Wacker Drive, Suite 4300
Chicago, Illinois 60606
randolph.ruff@ogletree.com
eric.berg@ogletree.com
(312) 558-1220

-and-

Lori Fixley Winland, OBA #32159
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
621 N. Robinson Avenue, Suite 400
Oklahoma City, Oklahoma 73102
lori.winland@ogletree.com
Telephone: (405) 546-3759
Facsimile: (405) 546-3775

ATTORNEYS FOR DEFENDANT MCSHANE CONSTRUCTION COMPANY, LLC

## CERTIFICATE OF SERVICE

I certify that on May 1, 2019, I caused a true and correct copy of the foregoing document to be served on counsel of record via the Court's CM/ECF system pursuant to the local rules of this Court.

*/s/ Eric G. Calhoun*
Eric G. Calhoun